## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **JESSICA HARRISON-HARPER,** | : | CIVIL ACTION |
|  | : |  |
| **Plaintiff,** | : |  |
|  | : |  |
| **v.** | : | No. 16-4645 |
|  | : |  |
| **NIKE, INC.,** | : |  |
| (*d/b/a* CONVERSE, INC.) | : |  |
|  | : |  |
| **Defendant.** | : |  |

## ORDER

**AND NOW**, this 24th day of September, 2018, upon consideration of Defendant's "Motion for Summary Judgment" (Doc. No. 22), and the Response and Reply thereto, and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that:

- Defendant's Motion for Summary Judgment (Doc. No. 22) is **GRANTED**.

- **JUDGMENT** is entered in favor of Defendant on each count of Plaintiff's Complaint.

- The Clerk of Court shall **CLOSE** this case.


                                        **BY THE COURT:**

                                        **/s/ Mitchell S. Goldberg**
                                        _____
                                        **MITCHELL S. GOLDBERG, J.**